Monte J. White & Associates
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| Kirtis Richard Ensey | § | |
| AND | § | |
| Terry Kim Ensey | § | CASE NO.13-70329-HDH-13 |
| | § | |
| DEBTORS | § | |

MOTION FOR CONTINUANCE OF
§341 MEETING OF CREDITORS AND FINANCIAL MANAGEMENT SEMINAR

Debtors in the above-styled cause request the Court to allow a continuance of the §341 Meeting of Creditors and Financial Management Seminar scheduled for 10/18/2013  in the Courtroom of the U.S.Bankruptcy Court, 10th and Lamar Street, Wichita Falls, Texas.

Debtors request the continuance because Joint Debtor, Terry Kim Ensey has been admitted to the hospital for kidney failure.

FOR THESE REASONS, Debtors pray for an order from the Court granting Debtors a continuance of the §341 Meeting of Creditors to 11/5/2013 at 2:00 P.M. and Financial Management Seminar to 11/5/2013 at 9:00 A.M.

Respectfully submitted,

/s/Monte J. White

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on 10/17/2013,  I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

☑        does not oppose the continuation

☐        opposes the continuation and requests hearing on the matter.

/s/Monte J. White
Attorney for Debtors

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on 10/24/2013, a true and correct copy of the foregoing Motion for Continuance was served on all parties of interest on the mailing matrix U.S. Mail:

<u>/s/Monte J. White</u>
Monte J. White, Attorney for Debtor(s)

Label Matrix for local noticing
0539-7
Case 13-70329-hdh13
Northern District of Texas
Wichita Falls
Thu Oct 24 12:16:32 CDT 2013

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Archer County
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243-1300

Clay CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Sherrel K. Knighton
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2644

Archer County
Linebarger Goggan Blair & Sampson,LLP
2323 Bryan Street, Ste 1600
Dallas, TX 75201-2644

---

Archer County
c/o Sherrel K. Knighton
Linebarger, Goggan, Blair & Sampson LLP
2323 Bryan St.Ste. 1600
Dallas, TX 75201-2644

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bay Area Credit Service LLC
PO Box 467600
Atlanta, GA 31146-7600

---

Charles Klinkerman
PO Box 366
Burkburnett, TX 76354-0366

Clay CAD
c/o Sherrel K. Knighton
Linebarger, Goggan, Blair & Sampson LLP
2323 Bryan St.Ste. 1600
Dallas, TX 75201-2644

Clay County Appraisal District
CO Linebarger Goggan Blair & Et Al
2323 Bryan St., Ste 1600
Dallas, TX 75201-2637

---

Clinics of North Texas
P.O. Box 730852
Dallas, Texas 75373-0852

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821-6753

Comenity Bank-Woman Within
Attention: Bankruptcy
PO Box 182686
Columbus, OH 43218-2686

---

Comnwlth Fin
245 Main Street
Dickson City, PA 18519-1641

DRS CO Wise Regional Medical Center
Acct. No.
PO Box 460036
Garland TX 75046-0036

Debt Recovery Solutions
PO Box 9001
Westbury, NY 11590-9001

---

Debt Recovery Solutions LLC
900 Merchants Concourse, Ste. LL-11
Westbury, NY 11590-5121

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

---

Discover Personal Loan
Attention: Bankruptcy
PO Box 30954
Salt Lake City, UT 84130-0954

Discover Personal Loans
PO BOX 30954
Salt Lake City, UT 84130-0954

Executive Services
Executive Services
PO Box 2248
Wichita Falls, TX 76307-2248

---

Fac-nab
480 James Robertson Pkwy
Nashville, TN 37219-1212

Gatestone & Co Intl, Inc
1000 N. West St., Ste 1200
Wilmington, DE 19801-1058

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

---

Kevin Adams Ensey
1001 S. College Ave
Holliday, TX 76366-3801

Monte J. White & Associates
1106 Brook Ave
Wichita Falls, TX 76301-5009

Moss Law Firm
PO Box 3340
Lubbock, TX 79452-3340

Nco Fin -99
Po Box 15636
Wilmington, DE 19850-5636

Quantums Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Radiology Associates
808 Brook Avenue
Wichita Falls, Texas 76301-4289


(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

WELLS FARGO BANK, N.A.
PO BOX 10438
 MAC: X2505-036
DES MOINES, IA 50306-0438


Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Services
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001


Kirtis Richard Ensey
1001 S College Ave
Holliday, TX 76366-3801

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Terry Kim Ensey
1001 S College Ave
Holliday, TX 76366-3801


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
Attention: Recovery Department
4161 Peidmont Pkwy.
Greensboro, NC 27410

(d)Bank Of America
Po Box 982235
El Paso, TX 79998

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246


Texaco - Citibank
Citicorp Credit Services-Attn: Centraliz
PO Box 20507
Kansas City, MO 64195

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42